# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

ANA ASLANIDOW, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 17-02254

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANA ASLANIDOW the above process on the 27 day of September, 2017, at 10:00 o'clock, A M, at 1115 ORMOND AVE DREXEL HILL, PA 19026, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __Pa__

County of __Berks__

) SS:
)

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-169855
Case ID #: 4997934

Subscribed and sworn to before me this __28__ day of __Sept__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|---|
| | | Sequence Number<br>7050-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703827337235<br>9171999991703827337235 | ASLANIDOW, ANA<br>1115 Ormond Avenue<br>Drexel Hill, PA 19026 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |
| Page Totals | 1 | | 0.93 | 4.85 | | | 5.78 |
| Cumulative Totals | 1 | | 0.93 | 4.85 | | | 5.78 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____       Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR    Return Receipt



| | Check type of mail or service: | | | | Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | ☐ Certified<br>☐ COD<br>☐ Delivery Confirmation<br>☐ Express Mail<br>☐ Insured | ☐ Recorded Delivery (International)<br>☐ Registered<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation | | | | | | | | | | | | |
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | ANA ASLANIDOW<br>1115 Ormond Avenue<br>Drexel Hill, PA 19026 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

PCO Brian Augustin

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-169855   Delaware County   Sale Date:

ANA ASLANIDOW

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 001.35⁰
02 1W
0001391829 SEP 27 2017

USPS CONTINENTAL STATION
SEP 27 2017
PHILA. PA. 19106